```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
WILMINGTON TRUST, N.A.,             :

                Plaintiff,          :   17 Civ. 7081 (LGS)(HBP)

    -against-                       :   ORDER

1141 REALTY OWNER LLC, et al.,      :

                Defendants.         :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

In light of the fact that 1141 Realty Owner, LLC has filed a petition in bankruptcy, it is my understanding that the resulting automatic requires me to refrain from addressing plaintiff's motion to appoint a receiver (Docket Item 172). If any party has a different point of view, that party is to so advise me no later than January 4, 2019.

Dated:  New York, New York
        December 21, 2018

SO ORDERED

*/s/ Henry Pitman*

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/18